Dr. Pepi SCHAFLER, Plaintiff–
Appellant,

v.

Scott D. FIELD; Reznick, Fedder
& Silverman, Defendants–
Appellees.

No. 02–1905.

United States Court of Appeals,
Fourth Circuit.

Submitted Nov. 7, 2002.

Decided Nov. 13, 2002.

Pepi Schafler, Appellant Pro Se. Kenneth Oestreicher, Whiteford, Taylor & Preston, Baltimore, Maryland, for Appellees.

Before WILLIAM D. WILKINS and LUTTIG, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Dr. Pepi Schafler appeals the district court's order granting the Appellees' motion to dismiss under Fed.R.Civ.P. 12(b)(6). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Schafler v. Field,* No. CA–02–1308–AW (D. Md. filed July 25, 2001; entered July 26, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*